1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   CLETE REO HART,                          1:14-cv-00193-DLB (PC)
12              Plaintiff,
                                              ORDER TRANSFERRING CASE TO THE
13        v.                                  NORTHERN DISTRICT OF CALIFORNIA
14   J. McCall, et al.,
15              Defendant.
16
17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18   U.S.C. § 1983.
19       The federal venue statute requires that a civil action, other than one based on diversity
20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
21   defendants reside in the same state, (2) a judicial district in which a substantial part of the events
22   or omissions giving rise to the claim occurred, or a substantial part of the property that is the
23   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
24   there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
25       In this case, none of the defendants reside in this district. The claim arose in Soledad
26   County, which is in the Northern District of California. Therefore, plaintiff's claim should have
27   been filed in the United States District Court for the Northern District of California. In the
28   interest of justice, a federal court may transfer a complaint filed in the wrong district to the

1

1  correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
2  1974).
3       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
4  States District Court for the Northern District of California.

IT IS SO ORDERED.

   Dated:   **February 18, 2014**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

2